UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Louise Neumon,<br><br>                    Plaintiff,<br><br>     v.<br><br>Jo Anne B. Barnhart,<br>Commissioner of Social Security,<br><br>                    Defendant. | C/A No. 4:03-3652-GRA<br><br>ORDER<br><br>[Written Opinion] |

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  Plaintiff's attorney seeks $3,877.50 in attorney's fees for 25.85 hours at $150.00 per hour and $15.63 in costs.  The government has filed a response without objection to an award of attorney's fees in that amount.

After a review of the record and Plaintiff's attorney's petition, this Court finds that an award of attorney's fees in the amount requested is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's attorney, W. Daniel Mayes, be awarded three thousand eight-hundred ninety-three dollars and thirteen cents ($3,893.13) pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

IT IS SO ORDERED

1

                         _____
                         G. ROSS ANDERSON, JR.
                         UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

September __15__, 2005.

2